662 F.2d 531
 108 L.R.R.M. (BNA) 3238, 93 Lab.Cas. P 13,229,
2 Employee Benefits Ca 2243
 JOINT COUNCIL OF TEAMSTERS NO. 42, International Brotherhood
of Teamsters, Chauffeurs, Warehousemen and Helpers, of
America; and General Teamsters and Food Processing Local No.
87, International Brotherhood of Teamsters, Chauffeurs,
Warehousemen and Helpers of America, Plaintiffs-Appellants,
v.
ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.; The
Building Industry Association of California, Inc.; The
Engineering Contractors Association, Inc.; and The Southern
California Contractors Association, Inc., Defendants-Appellees.
 No. 80-5869.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Aug. 7, 1981.
Decided Oct. 1, 1981.
 
 George A. Pappy, Pappy, Kaplon & Vogel, Los Angeles, Cal., for plaintiffs-appellants.
 John H. Stephens, Cox, Castle & Nicholson, Los Angeles, Cal., for defendants-appellees.
 Appeal from the United States District Court for the Central District of California; Mariana R. Pfaelzer, District Judge, Presiding.
 Before ELY and NORRIS, Circuit Judges, and COPPLE,* District judge.
 PER CURIAM:
 
 
 1
 The issues here involved were thoroughly considered by District Judge Pfaelzer in the court below. Essentially upon the basis of Judge Pfaelzer's Opinion, reported at 520 F.Supp. 3 (C.D.Cal.1981), the District Court's judgment is
 
 
 2
 AFFIRMED.
 
 
 
 *
 The Honorable William P. Copple, United States District Judge, District of Arizona, sitting by designation